Uploaded: 2023FEB27 13:26 Filed By:PMINETT on behalf of Bar# 89258 DHOLDSWORTH Reference: EF-118016
E-Filed: 2023FEB27 HENRICO CC TRE012 at 2023FEB28 08:09 CL22002102-00

**VIRGINIA:**

**IN THE HENRICO COUNTY CIRCUIT COURT**

| | |
|---|---|
| MICHELE H. HOLLIS, M.D., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 22-2102 |
| INGLESIDE EMERGENCY GROUP, LLC ) | |
| and ) | |
| SUBSIDIUM HEALTHCARE, LLC ) | |
| and ) | |
| KINGSFORD EMERGENCY GROUP, LLC ) | |
| and ) | |
| SCP HEALTH, d/b/a "Shumacher," ) | |
| Defendants. ) | |

**ORDER**

On February 17, 2023, the Plaintiff, by counsel, and Defendants Ingleside Emergency Group, LLC ("IEG") and Kingsford Emergency Group, LLC ("KEG"), by counsel, presented oral argument on IEG and KEG's Plea in Bar to Count III of Plaintiff's complaint. Upon consideration of the matter, and finding it proper to do so, the Court **ORDERS** that Defendant's Plea in Bar is Denied.

The Clerk is directed to forward a copy of this Order to all parties.

Enter this 1st day of March ~~February~~, 2023.

Hon. Richard S. Wallerstein

A COPY TESTE:
HEIDI S. BARSHINGER, CLERK
HENRICO CIRCUIT COURT

DEPUTY CLERK

[Endorsement page follows]

EXHIBIT C

1

Seen and agreed:

*[signature]*

Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, Virginia 24018
Tel: 540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*

See and objected to for the reasons stated in court and on brief, including that Count III is barred by the statute of limitations of Virginia Code § 40.1-27.3(C) because it was not brought within one year of the alleged prohibited retaliatory act, and that under relevant case law the statute of limitations of Virginia Code § 40.1-27.3(C) accrues upon the occurrence of the alleged prohibited retaliatory act, irrespective of whether actual or substantial damages are felt or incurred thereafter:

*[signature]*

D. Paul Holdsworth (VSB #89258)
Jackson Lewis, P.C.
701 E. Byrd Street, 17th Floor
Richmond, Virginia 23219
P.O. Box 85068
Richmond, Virginia 23285
Tel: 804-649-0404
Paul.Holdsworth@jacksonlewis.com

Nigel L. Wilkinson (VSB #46500)
Jackson Lewis, P.C.
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
Tel: 703-483-8300
Nigel.Wilkinson@jacksonlewis.com

*Counsel for Defendants Ingleside Emergency Group, LLC and Kingsford Emergency Group, LLC*