IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUNITA KULSHRESTHA, M.D.,  )<br>  )<br>         Plaintiff,  )<br>   v.  )  Civil Action No. 1:23-CV-00042-TSE-IDD<br>  )<br>  )<br>SHADY GROVE REPRODUCTIVE  )<br>SCIENCE CENTER, P.C.,  )<br>  )<br>         Defendant.  )<br>  ) | |

### AMENDED COUNT III DEFAMATION PER SE

NOW COMES the plaintiff, Sunita Kulshrestha, M.D. ("Plaintiff" or "Dr. Kulshrestha"), by and through her undersigned counsel, Broderick C. Dunn, Esq., Maria E. Stickrath, Esq., and the law firm of Cook Craig & Francuzenko, PLLC, and for her Amended Count III Defamation Per Se claim against the defendant, Shady Grove Reproductive Science Center, P.C. ("Defendant" or "Shady Grove Fertility"), states as follows:

### FACTUAL BACKGROUND

1. One week after Plaintiff engaged in protected activity under the Family Medical Leave Act ("FMLA") and the Virginia Whistleblower Protection Law, Va. Code § 40.1-27.3 (the "VWPL"), she received a Notice of Termination from Defendant on August 30, 2021.

2. The Notice of Termination stated in part that "pursuant to [Plaintiff's] Employment Agreement dated January 15, 2014, notice is hereby provided that your employment with Shady Grove Reproductive Science Center, P.C. will terminate on February 27, 2022."

3.      While Plaintiff's employment did not officially terminate until February 27, 2022, starting in October of 2021, Plaintiff became aware that Defendant's agents were telling patients, employees, and colleagues in the reproductive medicine space that Dr. Kulshrestha "retired from Shady Grove Fertility."

4.      Defendant's agents also informed former office supervisor, Ashli Gardner ("Ms. Gardner") that "Dr. Kulshrestha was terminated by Shady Grove Fertility for performance reasons."  Ms. Gardner repeated this to other physicians in the reproductive medicine space, including Dr. Pierre Asmar.

5.      As of March 9, 2023, Defendant maintains a web page featuring Plaintiff, which states the following:

> Effective October 8, 2021, Sunita Kulshrestha, M.D., has retired from Shady Grove Fertility.  The Waldorf office is actively directing the facilitation of Dr. Kulshrestha's current and former patient care.  For any questions or concerns, contact the Waldorf office at 301-705-9923.

6.      The above-mentioned statement is false.  Plaintiff never "retired" from Shady Grove Fertility or from the practice of medicine.  The statement is available at https://www.shadygrovefertility.com/our-care-team/doctors/kulshrestha/.

7.      Defendant also impersonated Plaintiff and sent an email to patients stating the following in part:

> "I am sorry to announce my retirement from Shady Grove Fertility effective 10/8/2021. Due to family needs I am stepping away from my practice to care for their needs at this time…If you have further questions, please reach out to the team at the Waldorf office, Marisa Rogan…"

8. Throughout December of 2021, including after December 5, 2021[1], Maria Movessian, the Southern Maryland practice liaison for Defendant, made visits to the following referring physicians to bring holiday gifts and treats: Aryian Cooke, M.D. and Gladys Wilkins, P.A. at Waldorf Women's Care, Erica Contreras, M.D. at University of Maryland Charles Regional Medical Center OB/GYN, Tony Cooper, M.D. at Kaiser Permanente OB/GYN, Ebenezer Nettey, M.D. at MedStar OB/GYN, Charlotte Hall, M.D., at MedStar Health, Michelle Johnson, M.D. at Calvert Health Medical Group, and Pierre Asmar, M.D. at Washington Fertility.

9. During those visits Ms. Movessian repeated the false statement that Plaintiff had "retired from Shady Grove Fertility." As noted above, Plaintiff did not in fact retire from Shady Grove Fertility—she was terminated for engaging in protected activity.

10. Since December of 2021, Ms. Movessian has continued to visit with these providers and has continued to repeat the falsehood that Plaintiff "retired from Shady Grove Fertility."

11. Plaintiff became aware of Ms. Movessian's statements after these physicians reached out to her directly about her "retirement" from Shady Grove Fertility.

12. Additionally, throughout 2021 and 2022, including after December 5, 2021, staff at Defendant's Waldorf location have told patients that Plaintiff "retired" and that she had "family issues."

13. As a result of Defendant's actions, Plaintiff has been, and continues to be, damaged. She suffers from loss of income, anxiety, depression, and a diminished professional reputation.

14. Many of Plaintiff's colleagues in other reproductive medical practices have called Plaintiff to express sorrow that she is no longer practicing medicine. Defendant's false statement

---

[1] Plaintiff concedes that all statements made and not republished by Defendant before December 5, 2021, one year from the date on which Plaintiff initiated her civil lawsuit against Defendant by filing her Complaint in the Circuit Court for Fairfax County, are time-barred.

that Plaintiff "retired from Shady Grove Fertility" has prevented her from getting other jobs locally.

15. Plaintiff is in her early fifties (50's) with two young children and bills to pay. She cannot afford to retire.

## COUNT III
### (Defamation Per Se)

16. Plaintiff restates and realleges the allegations contained in the preceding paragraphs of the Complaint as if fully set forth herein.

17. Starting in December of 2021, Defendant's agent, Maria Movessian, told other referring physicians that Plaintiff "retired from Shady Grove Fertility."

18. The statement is false and prejudices her in her profession or trade by implying that she no longer practices medicine. It also misstates the circumstances of Plaintiff's departure from Shady Grove Fertility's employ—she was terminated after engaging in protected activity.

19. Defendant continued to repeat this false statement throughout the end of 2021 and 2022, through its agents and employees, to referring physicians in the community, as well as to patients at Defendant's Waldorf Office.

20. As a result of Defendant's defamatory statements, Plaintiff has suffered injury to her reputation, humiliation, and embarrassment. She has also suffered financial losses as result of colleagues believing that she is no longer practicing medicine.

Respectfully Submitted,
By Counsel:

 */s/ Maria E. Stickrath*
Broderick C. Dunn, Esq. (VSB #74847)
Maria E. Stickrath, Esq. (VSB #96191)
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
bdunn@cookcraig.com
mstickrath@cookcraig.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, this the 10th day of March, 2023 which will notify the following:

Nigel Wilkinson
Felicia Marsh
10701 Parkridge Blvd., Ste 300
Reston, Virginia
(703) 483-8300 (Phone)
(703) 483-8301 (Facsimile)
Nigel.Wilkinson@jacksonlewis.com
Felicia.marsh@jacksonlewis.com

                                                                     */s/ Maria E. Stickrath*
                                                           Broderick C. Dunn, Esq. (VSB #74847)
                                                           Maria E. Stickrath, Esq. (VSB #96191)
                                                           Cook Craig & Francuzenko, PLLC
                                                           3050 Chain Bridge Road, Suite 200
                                                           Fairfax, VA 22030
                                                           Phone (703) 865-7480
                                                           Fax (703) 434-3510
                                                           bdunn@cookcraig.com
                                                           mstickrath@cookcraig.com
                                                           *Counsel for Plaintiff*