IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUNITA KULSHRESTHA, M.D., <br> Plaintiff, <br><br> v. <br><br> SHADY GROVE REPRODUCTIVE <br> SCIENCE CENTER, P.C., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No. 1:23-cv-42 <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in the Memorandum Opinion issued this same day,

It is hereby **ORDERED** that Defendant's Motion to Dismiss (Dkt. 3) is **GRANTED** with respect to Count II of Plaintiff's Complaint. Count II of the Complaint is **DISMISSED** with prejudice as barred by the statute of limitations.

It is further **ORDERED** that Plaintiff's Motion to Certify a Question to the Supreme Court of Virginia (Dkt. 14) is **DENIED**.

The Clerk of the Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
April 6, 2023

T. S. Ellis, III
United States District Judge