IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUNITA KULSHRESTHA, M.D., <br><br> Plaintiff, <br> v. <br><br> SHADY GROVE REPRODUCTIVE <br> SCIENCE CENTER, P.C., <br><br> Defendant. | Civil Action No. 1:23-CV-00042-TSE-IDD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sunita Kulshrestha, M.D., and Defendant Shady Grove Reproductive Science Center, P.C., hereby stipulate to the dismissal of the instant action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: July 28, 2023

Respectfully Submitted,

/s/ Maria E. Stickrath
Broderick C. Dunn, Esq. (VSB #74847)
Maria E. Stickrath, Esq. (VSB #96191)
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
bdunn@cookcraig.com
mstickrath@cookcraig.com
*Counsel for Plaintiff*

So Ordered
/s/ 7/28/23
T. S. Ellis, III
United States District Judge